FILED
JAMES J. VILT, JR. - CLERK

JUN 21 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Wendy Hineson

(Full name of the Plaintiff(s) in this action)

v.

Nathan Wade
Kelsie Torres
Amanda Durham

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:23CV-316-JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

### I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Wendy Jean Hineson

Place of Confinement: Shelby County Detention Center

Address: 1000 Bobby Waits Ln Shelbyville Ky

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

5

(5) Defendant **Nathan Wade, Kelsie Torres / Amanda Durham** is employed as **Officers / class'd captain** at **Shelby County Detention Center**

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (__) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): **Wendy Hineson**

Defendant(s): **Nathan Wade, Kelsie Torres, Amanda Durham**

Court (if federal court, name the district. If state court, name the county):

**Western district**

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

8

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 400,000

✓ grant injunctive relief by *Commuting and or release of prison term*

✓ award punitive damages in the amount of $ 500,000

✓ other: *Immediate release*

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 6 day of June , 2023

Wendy Hineson
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on May 23, 2023.

_____
(Signature)

12/9/22 I was a state Inmate in Shelbyville County, Ky. In the Jail at 1000 Bobby Waits Ln 40065. As a state Inmate on the above Date around or Inbetween 10:45 and 12:00 Afternoon. At the time the Class D cordinator Kelsie Torres came to me at my Bed I was getting ready for work in the kitchen. She came to me and told me to pack myself up. Because she alleged I stole cookies. When I was at work the prior day. I explained to her that the supervisor Mike said "I could have the cookies". I went to her officer to explain Better. She wouldn't listen to me and demanded me to pack, I was being put out of the work program and going to county side. I asked her if there was in Anyway she could speak to Mike the kellwell kitchen supervisor. She wouldn't But her and another kellwell worker Ms. Rhonda said "They had already told her that I didn't steal the cookies, I then went back and asked her to speak to them. So she could understand I didn't take anything. She told me to get out of her office now. She then asked me to stand by the Door (11/231). I the waited for her direction. I was standing there she called her fiance (Nate Wade Captain) Jake and His mother Therasa, that are no longer employed at this jail. They take me upfront to a holding cell I sat down. I was handcuffed in the back at first I conveyed to them that I had rods in my back they then removed them to the front because of my disability, the handcuffs we so tight that my wrist began to bleed out. I asked for them to be loosened, then Captain Wade pulled me by them. I told the Captain and Lt Kelsie Torrese that I was on Blood thinners and they needed to be loosened. He then pulled me by the bleeding arms. I was sitting down. He asked me to stand up. I am elderly and didn't move as quick as he wanted me to and He then slammed my head in the wall. I had a knot so big that I had to be put

Into medical for 3 days under observation. They didn't do any x-rays I had a knot the size of a orange. Before I went to medical. He also made me change my clothes infront of him down to my underwear with absolutley no camera privacy and on camera At the time Kelsie Torresse was the Class D cordinator now its Amanda Durham who watched Everything while in control the camera room. After changing I was handcuffed again. I did call his fiance' aunt after he put my head in the wall. And then I got handcuffed again. The wall was cement. Then he picked me up by the Handcuffs, knowing I was on Blood thinners. I begged him to please stop. I told him I had Rods and screws in my back. Finally I go to Room 228 cell the took the cuffs of everything is documented By camera footage. I had a friend to call Internal Affairs. I then made a report at the jail Months later unknowing exactly what to do. A friend had her family call KSP. They came A officer Named Maverick. And never got back to me. Never filled out a formal report. It would have took him no more or less than a hour to looked at the survellance and he didn't. My wrist were cut badly. for 10 Days I had open cuts, the nurse looked at me and Quit 1 week later. They have been retaliated Every since. I did call the officer names But I have freedom of speech my first Amendment right. Because of that I have been on county-Side unable to take classes unable to get to SAP. that is what D.O.C recommended. I ask everyday. Ms. Durham the now Class D cordinator is failing me because of this Incedent She won't allow me to take available classes to get time off my sentence. Or to leave so that

I will be able to do what I need to do to go home. There have been other women that have done way worse. That have a open Prea Investigation in the class D program were a men committed suicide. His name was Andrew. He was having oral and sexual intercourse with several women In the work program and they weren't taken off state side. And were able to be able to take there classes. Another couple Inmates Ashley Franklin - Kayla Bevins and one unknown just got caught with contraband a vape. Wasn't charged and a heltwell worker got arrested. because of this incident and these women are still on state side. There making a indifference between sertain inmates. After a open Prea Investigation those women should have been repremand also. The road crew was were the women were having sex. And it was shutdown. There was a men Andrew And Ms. Denise that still works in the facility and still monitors the same women to go outside. They also Don't follow policy and procedures that is set by the Department of Corrections. Because After a disciplinary action, You as a Inmate should be able to go back to try again. Every one makes mistakes. I wrote the assistant Jailor. She said I had to many incidents, I got wrote up one time. But other inmates can bring in contraband and still be able to take the classes to get time off and better myself.

Wendy Hineson
1000 Bobby Waits Ln
Shelbyville, Kentucky
40065



FILED
JAMES J. VILT, JR. - CLERK

JUN 21 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

601 W. Broadway, Rm 106
Gene Snyder United States Courthouse
Louisville, KY 40202

U.S. POSTAGE PAID
FCM LG ENV
CAMPBELLSVILLE, KY
42718
JUN 20, 23
AMOUNT
$2.22
R2305K143078-10
RDC 99    40202